Thomas Lether, OSB #101708
Eric J. Neal, OSB #110268
Lether Law Group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
(206) 467-5444
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff Navigators Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a New York corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL CONSTRUCTION SERVICES LLC., an Oregon limited liability company; and WESTTOWN ON 8TH LLC, an Oregon limited liability company; and PREFERRED CONTRACTORS INSURANCE COMPANY, RRG;<br><br>Defendants. | No. 6:19-cv-00528-MC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## I.     STIPULATION

Plaintiff Navigators Insurance Company and Defendants WestTown (individually and as assignee of Mitchell) and Preferred Contractors Insurance Company (hereinafter "PCIC") by and through their attorneys of record, hereby agree and stipulate that all remaining claims in the current action should be dismissed with prejudice and without fees or costs to any party. Defendant Mitchell Construction Services LLC has not appeared in this matter.

DATED this 23rd day of January, 2020.

                LETHERLAW GROUP

                */s/ Thomas Lether* _____
                Thomas Lether, OSB #101708
                */s/ Eric Neal* _____
                Eric Neal, OSB #110268
                1848 Westlake Ave. N., Ste. 100
                Seattle, WA 98109
                P: (206) 467-5444
                F: (206) 467-5544
                tlether@letherlaw.com
                eneal@letherlaw.com
                *Attorneys for Plaintiff*

                */s/ Nels Vulin*_____
                Nels Vulin, OSB #124884
                Ball Janik LLP
                101 SW Main Street, Ste 1100
                Portland OR 97204
                503-228-2525
                503-295-1058 – Fax
                nvulin@balljanik.com
                *Attorneys for WestTown on 8th*

                */s/ Nels Vulin*_____
                Nels Vulin, OSB #124884
                Ball Janik LLP
                101 SW Main Street, Ste 1100
                Portland OR 97204
                503-228-2525
                503-295-1058 – Fax
                nvulin@balljanik.com
                *Attorneys for WestTown on 8th as assignee of*
                *Mitchell Construction Services LLC*


                */s/Jeremey R. Schulze*_____
                Jeremey R. Schulze, OSB #160528
                Betts Patterson & Mines P.S
                One Convention Place, suite 1400
                701 Pike Street
                Seattle, WA 98101
                206 292 9988
                jshulze@bpmlaw.com
                dsyhre@bpmlaw.com
                *Attorney for Preferred Contractors*

## II.   ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this _____ day of _____, 2020.

The Honorable Michael McShane
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Nels Vulin
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
nvulin@balljanik.com
*Attorneys for Defendant Westtown on 8th*

Jeremy R. Schulze
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 97204
jschulze@bpmlaw.com
*Attorneys for Defendant Preferred Contractors*

**By:**     **[X] ECF**          **[ ] E-mail**          **[ ] Legal Messenger**

DATED this 23rd day of January, 2020 at Seattle, Washington.

*/s/ Lina Wiese*___
Lina Wiese | Paralegal